### 7363.   SMITH v. NORTH CAROLINA MUTUAL &C. ASSOCIATION.

WADE, C. J.   No error of law is complained of.   There was evidence to support the finding of the judge, sitting without the intervention of a jury; and this court is therefore without authority to set aside the

judgment rendered. There was positive testimony that a certain written release was executed by the plaintiff, freely and voluntarily, for a valuable consideration, and there was testimony to the contrary; and the trial judge settled the conflict in favor of the defendant.

*Judgment affirmed.*

DECIDED OCTOBER 18, 1916.

Action on insurance policy; from municipal court of Macon—Judge Chambers. February 11, 1916.

*H. F. Strohecker, Sam B. Hunter,* for plaintiff.

*A. T. Walden,* contra.